Burak S. Ahmed, Esq.
Nevada Bar No: 12547
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East
Suite 1700
Los Angeles, California  90067
Telephone:      310.312.4000
Facsimile:       310.312.4224
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER WOODBURN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GENERAL AUTOMOBILE INSURANCE SERVICES, INC., doing business as THE GENERAL, a California corporation,<br><br>Defendant. | Case No. 2:22-cv-01975-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Jennifer Woodburn ("Plaintiff") and Defendant The General Automobile Insurance Services, Inc., doing business as The General ("Defendant"), by and through undersigned counsel, respectfully stipulate and agree and jointly move the Court for an Order extending the deadline for Defendant to respond to Plaintiff's Complaint (ECF No. 1, "Complaint") in this matter, to and including February 3, 2023. In support thereof, Plaintiff and Defendant further state and agree as follows:

1.      Plaintiff filed her Complaint in this matter on November 28, 2022.

2.      Defendant was served with process on December 14, 2022. By operation of Fed. R. Civ. P. 12(a)(1)(A)(i), therefore, the Defendant's response to the Complaint is presently due on January 4, 2023.

3.      Counsel for the parties met and conferred on January 4, 2023, by telephone,

regarding extending the foregoing deadline. Plaintiff agreed to grant Defendant an extension of not less than thirty (30) days. By operation of Fed. R. Civ. P. 6(a)(1) & (5), therefore, Defendant's new deadline to file its response to the Complaint, if approved by the Court, would be on February 3, 2023.

4. The purpose of the requested extension is to allow Defendant's counsel, who were just recently retained, adequate time to fully investigate the allegations set forth in the Complaint and to permit the parties to explore a possible extra-judicial resolution of their differences this matter, which may obviate the Defendant's response deadline.

5. This is the parties' first request for an extension of this deadline. It is not made for purposes of delay, and would not prejudice any party.

6. By this requested extension, Defendant is not waiving any objections or defenses to the Complaint available under applicable law, and the parties have agreed to be bound by its terms pending the Court's approval and entry of same.

WHEREFORE, for all of the reasons above, the parties stipulate and respectfully request that the Court enter this order extending the Defendant's deadline to respond to the Complaint by a period of no less than thirty (30) days, to and including February 3, 2023, along with granting all other relief the Court deems just and proper.

Dated: January 4, 2023

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Burak S. Ahmed
Burak S. Ahmed, Esq. (NBN: 12547)
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Attorneys for Defendant

Dated: January 4, 2023

JEFFREY A. COGAN CHARTERED, a PLLC

By: /s/ Jeffrey A. Cogan (w/ Permission)
Jeffrey A. Cogan, Esq. (NBN: 4569)
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/5/2023

Respectfully Submitted by:

MANATT, PHELPS & PHILLIPS, LLP

/s/ Burak S. Ahmed
Burak S. Ahmed, Esq. (NBN: 12547)
2049 Century Park East
Suite 1700
Los Angeles, California  90067
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed and served on all counsel of record in the above-captioned matter on Wednesday, January 04, 2023, via the Court's CM/ECF filing service.

/s/ Burak S. Ahmed
Burak S. Ahmed