UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER WOODBURN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GENERAL AUTOMOBILE INSURANCE SERVICES, INC., doing business as THE GENERAL, a California corporation,<br><br>Defendant. | Case No. 2:22-cv-01975-APG-DJA<br><br>**ORDER GRANTING DEFENDANT THE GENERAL AUTOMOBILE INSURANCE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

THIS MATTER comes before the Court on Defendant The General Automobile Insurance Services, Inc., d/b/a The General's ("Defendant") Motion for Leave to Amend Answer to Plaintiff's First Amended Complaint (the "Motion"), ECF No. 39, in the above-captioned matter. The Court hereby ORDERS that the Motion is GRANTED. Defendant may file its Amended Answer to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: 7/12/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-1-