Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014
Telephone: (702) 474-4220
Facsimile: (702) 474-4228
Email: jeffrey@jeffreycogan.com
*Attorney for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER WOODBURN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE GENERAL AUTOMOBILE INSURANCE SERVICES, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-01975-APG-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER**<br><br>**First Request** |

Plaintiff Jennifer Woodburn and Defendant The General Automobile Insurance Services, Inc. d/b/a The General (collectively, the "Parties") jointly respectfully request an extension of time of the briefing schedule on Defendant's Motion to Bifurcate (ECF No. 45), and state as follows:

1. Defendant filed its Motion to Bifurcate on July 12, 2024.

2. Accordingly, the deadline for Plaintiff to file her response is July 26, 2024.

3. Due to Plaintiff's counsel's previously scheduled travel and the complexity of the factual and legal issues relating to the motion and Plaintiff's response thereto, Plaintiff requires additional time beyond that provided in the Local Rules and requests an extension until August 12, 2024 to file her response.

4. Defendant does not oppose Plaintiff's request; however, because the briefing schedule under Plaintiff's proposed extension would create a conflict with Defendant's counsel's own pre-arranged travel, Defendant requests a mutual extension until August 30, 2024 to file its reply in support of the Motion to Bifurcate to accommodate Plaintiff's request.

5. This is the Parties' first request to extend the briefing schedule on the Motion to Bifurcate. No party will be prejudiced by the requested extension, and granting the extension to file the response and reply will not require an extension of any other deadline in the action, including the hearing scheduled for September 24, 2024 (*see* ECF No. 51).

6. The parties therefore respectfully request that the Court grant Plaintiff's request for an extension up to and including August 12, 2024 to file her response to the Motion to Bifurcate and Defendant's request for an extension up to and including August 30, 2024 to file its reply.

Respectfully submitted,

Dated: July 25, 2024.

/s/ *Rachel E. Kaufman*
Rachel E. Kaufman
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014
Telephone: (702) 474-4220
Facsimile: (702) 474-4228
Email: jeffrey@jeffreycogan.com

*Counsel for Plaintiff
and all others similarly situated*

*/s/ Alexandra N. Krasovec*
Alexandra N. Krasovec, Esq.
California Bar No: 279578 (pro hac vice)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4160
Email: akrasovec@manatt.com

Michael Ayers, Esq.
Nevada Bar No. 10851
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
3740 Lakeside Drive
Suite 202
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
michael.ayers@qpwblaw.com

*Attorneys for Defendant*

IT IS ~~SO~~ ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/25/2024

3