Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014
Telephone: (702) 474-4220
Facsimile: (702) 474-4228
Email: jeffrey@jeffreycogan.com
*Attorney for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER WOODBURN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE GENERAL AUTOMOBILE INSURANCE SERVICES, INC.,<br><br>*Defendant.* | Case No. 2:22-cv-01975-APG-DJA<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jennifer Woodburn and Defendant The General Automobile Insurance Services, Inc. d/b/a The General hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: May 1, 2025.

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

1

Email: rachel@kaufmanpa.com

Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014
Telephone: (702) 474-4220
Facsimile: (702) 474-4228
Email: jeffrey@jeffreycogan.com

*Counsel for Plaintiff
and all others similarly situated*

/s/ Alexandra N. Krasovec
Alexandra N. Krasovec, Esq.
California Bar No: 279578 (pro hac vice)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4160
Email: akrasovec@manatt.com

Michael Ayers, Esq.
Nevada Bar No. 10851
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
3740 Lakeside Drive
Suite 202
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
michael.ayers@qpwblaw.com

*Attorneys for Defendant*

IT IS SO ORDERED:

Dated: May 2, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2